LAWRENCE ET AL., APPELLANTS, *v.* EDWIN SHAW HOSPITAL, APPELLEE.

[Cite as Lawrence *v.* Edwin Shaw Hosp. (1990), 50 Ohio St. 3d 601.]

(No. 89-262—Submitted February 7, 1990—Decided March 28, 1990.)

*James L. Wagner,* for appellants.
*Lynn C. Slaby,* prosecuting attorney, and *John M. Prelac,* for appellee.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

WRIGHT, J., dissents.

WRIGHT, J., dissenting. I would affirm the judgment of the court of appeals.

ESHELMAN ET AL., APPELLEES, *v.* WILSON, APPELLANT.

[Cite as Eshelman *v.* Wilson (1990), 50 Ohio St. 3d 601.]

(No. 89-256—Submitted February 7, 1990—Decided March 28, 1990.)

*Paul Scott Co., L.P.A.,* and *Paul Scott,* for appellees.
*Schottenstein, Zox & Dunn, Rick E. Marsh* and *Pamela B. Browning,* for appellant.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.